# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Buchwald, Naomi R. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>05/10/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan Courthouse
500 Pearl Street -- ROOM 2270
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | POA: Accounts 1-7 Closed | ▒▒▒▒▒ |
| 2. | Executor Estate | ▒▒▒▒▒ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Solo Law Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | O | T | | | | | |
| 2. Vanguard Voyager (IRA) | A | Dividend | K | T | | | | | |
| 3. Schwab (IRA) | A | Interest | P1 | T | | | | | |
| 4. | A | Dividend | | | | | | | |
| 5. --- Schwab Deposit Acount | A | Interest | M | T | | | | | |
| 6. --AOL Inc. (Common) | | None | | | Buy (add'l) | 01/21/14 | L | | |
| 7. | | | | | Sold | 05/08/14 | M | | |
| 8. -- Moduslink Global Solutions (Common) | | None | J | T | | | | | |
| 9. -- Amazon (Common) | | None | | | Sold | 1/13/14 | M | | |
| 10. | | | | | Buy | 02/19/14 | M | | |
| 11. | | | | | Sold | 02/21/14 | M | C | |
| 12. | | | | | Buy | 05/01/14 | M | | |
| 13. | | | | | Sold | 07/15/14 | M | E | |
| 14. | | | | | Buy | 09/09/14 | M | | |
| 15. | | | | | Sold | 10/14/14 | M | | |
| 16. | | | | | Buy | 12/03/14 | N | | |
| 17. | | | | | Sold | 12/08/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Rambus (Common) | | None | | | Sold | 07/22/14 | K | | |
| 19. --Apple (Common) | C | Dividend | | | Sold | 01/13/14 | N | | |
| 20. --CST Brands Inc. (Common) | A | Dividend | J | T | | | | | |
| 21. -- Facebook (Common) | | None | N | T | Sold | 01/14/14 | N | C | |
| 22. | | | | | Buy | 01/16/14 | N | | |
| 23. | | | | | Buy (add'l) | 01/21/14 | N | | |
| 24. | | | | | Sold (part) | 02/03/14 | O | E | |
| 25. | | | | | Buy (add'l) | 02/13/14 | N | | |
| 26. | | | | | Buy (add'l) | 02/19/14 | N | | |
| 27. | | | | | Sold (part) | 02/20/14 | K | B | |
| 28. | | | | | Buy (add'l) | 02/21/14 | M | | |
| 29. | | | | | Buy (add'l) | 02/26/14 | M | | |
| 30. | | | | | Sold (part) | 03/28/14 | P1 | | |
| 31. | | | | | Buy (add'l) | 04/15/14 | N | | |
| 32. | | | | | Sold (part) | 04/15/14 | M | | |
| 33. | | | | | Buy (add'l) | 04/21/14 | O | | |
| 34. | | | | | Sold (part) | 04/21/14 | O | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/22/14 | M | | |
| 36. | | | | | Buy (add'l) | 05/01/14 | M | | |
| 37. | | | | | Buy (add'l) | 05/13/14 | M | | |
| 38. | | | | | Buy (add'l) | 05/19/14 | M | | |
| 39. | | | | | Sold (part) | 07/15/14 | O | E | |
| 40. | | | | | Buy (add'l) | 07/24/14 | N | | |
| 41. | | | | | Buy (add'l) | 07/25/14 | N | | |
| 42. | | | | | Sold (part) | 09/02/14 | N | F | |
| 43. | | | | | Sold (part) | 09/09/14 | O | F | |
| 44. | | | | | Buy (add'l) | 09/19/14 | N | | |
| 45. | | | | | Sold (part) | 09/19/14 | N | A | |
| 46. | | | | | Buy (add'l) | 10/7/14 | M | | |
| 47. | | | | | Sold | 10/17/14 | M | | |
| 48. | | | | | Buy | 11/14/14 | N | | |
| 49. | | | | | Buy (add'l) | 11/18/14 | N | | |
| 50. | | | | | Sold | 12/08/14 | O | D | |
| 51. | | | | | Buy | 12/22/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Time Warner Cable (Common) | A | Dividend | | | Buy | 04/22/14 | M | | |
| 53. | | | | | Sold | 07/22/14 | M | D | |
| 54. --Time Warner Inc. (Common) | | None | | | Buy | 04/22/14 | L | | |
| 55. | | | | | Sold | 05/08/14 | L | C | |
| 56. --Blackberry Ltd. (Common) | | None | | | Buy | 01/21/14 | L | | |
| 57. | | | | | Sold | 01/22/14 | L | B | |
| 58. | | | | | Buy | 01/28/14 | L | | |
| 59. | | | | | Sold | 02/25/14 | L | C | |
| 60. | | | | | Buy | 02/28/14 | L | | |
| 61. | | | | | Buy (add'l) | 07/15/14 | K | | |
| 62. | | | | | Sold | 11/19/14 | L | B | |
| 63. --Twitter Inc. (Common) | | None | N | T | Buy | 05/05/14 | L | | |
| 64. | | | | | Sold | 07/15/14 | L | | |
| 65. | | | | | Buy | 07/22/14 | L | | |
| 66. | | | | | Buy (add'l) | 09/19/14 | N | | |
| 67. | | | | | Sold (part) | 09/19/14 | N | B | |
| 68. | | | | | Buy (add'l) | 10/01/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/08/14 | M | D | |
| 70. | | | | | Buy (add'l) | 10/17/14 | M | | |
| 71. | | | | | Sold (part) | 10/20/14 | M | | |
| 72. | | | | | Buy (add'l) | 10/22/14 | N | | |
| 73. | | | | | Sold (part) | 10/27/14 | N | | |
| 74. | | | | | Buy (add'l) | 10/30/14 | M | | |
| 75. | | | | | Sold (part) | 10/30/14 | O | | |
| 76. | | | | | Buy (add'l) | 11/11/14 | L | | |
| 77. | | | | | Buy (add'l) | 11/13/14 | M | | |
| 78. | | | | | Buy (add'l) | 11/18/14 | M | | |
| 79. | | | | | Sold (part) | 11/18/14 | M | B | |
| 80. | | | | | Buy (add'l) | 11/25/14 | M | | |
| 81. | | | | | Sold (part) | 11/26/14 | M | C | |
| 82. | | | | | Buy (add'l) | 11/28/14 | L | | |
| 83. | | | | | Sold (part) | 11/28/14 | M | C | |
| 84. | | | | | Sold | 12/08/14 | M | | |
| 85. | | | | | Buy | 12/22/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Intel (Common) | | None | N | T | Buy | 09/19/14 | N | | |
| 87. | | | | | Sold (part) | 09/19/14 | M | A | |
| 88. | | | | | Buy (add'l) | 10/03/14 | N | | |
| 89. | | | | | Sold (part) | 10/10/14 | M | | |
| 90. | | | | | Sold | 10/20/14 | M | | |
| 91. | | | | | Buy | 12/19/14 | N | | |
| 92. -- Cisco (Common) | | None | | | Buy | 12/18/14 | M | | |
| 93. | | | | | Sold | 12/19/14 | M | A | |
| 94. -- Lowes (Common) | | None | M | T | Buy | 12/03/14 | L | | |
| 95. | | | | | Buy (add'l) | 12/19/14 | L | | |
| 96. JPMorgan Chase Accounts | A | Interest | N | T | | | | | |
| 97. Schwab Account -- NY Muni Money Mkt | A | Int./Div. | N | T | | | | | |
| 98. Merrill Lynch Cash Acc- formerly Bk of America cash reserve | C | Dividend | K | T | | | | | |
| 99. Treasury Direct | A | Interest | M | T | | | | | |
| 100. Time Warner Common Stock | A | Dividend | K | T | | | | | |
| 101. Blount Common Stock | | None | J | T | | | | | |
| 102. Intel Common Stock | B | Dividend | L | T | Buy (add'l) | 05/21/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 05/21/14 | M | A | |
| 104. | | | | | Sold (part) | 05/23/14 | N | B | |
| 105. | | | | | Buy (add'l) | 07/09/14 | O | | |
| 106. | | | | | Sold (part) | 07/11/14 | N | C | |
| 107. | | | | | Buy (add'l) | 07/11/14 | N | | |
| 108. | | | | | Buy (add'l) | 07/14/14 | O | | |
| 109. | | | | | Sold (part) | 07/14/14 | P1 | D | |
| 110. | | | | | Buy (add'l) | 07/15/14 | O | | |
| 111. | | | | | Sold (part) | 07/15/14 | O | D | |
| 112. | | | | | Buy (add'l) | 09/05/14 | O | | |
| 113. | | | | | Sold (part) | 09/05/14 | O | A | |
| 114. | | | | | Buy (add'l) | 10/01/14 | N | | |
| 115. | | | | | Sold (part) | 10/09/14 | N | B | |
| 116. | | | | | Buy (add'l) | 10/09/14 | N | | |
| 117. | | | | | Sold (part) | 10/10/14 | N | | |
| 118. | | | | | Buy (add'l) | 12/17/14 | N | | |
| 119. | | | | | Sold (part) | 12/19/14 | N | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  AOL Inc. Common Stock | | None | J | T | | | | | |
| 121.  Time Warner Cable Common | A | Dividend | K | T | | | | | |
| 122.  Twitter Common Stock | | None | | | Sold | 01/06/14 | K | C | |
| 123. | | | | | Buy | 02/26/14 | L | | |
| 124. | | | | | Sold | 03/28/14 | K | | |
| 125. | | | | | Buy | 05/22/14 | O | | |
| 126. | | | | | Sold (part) | 05/22/14 | N | C | |
| 127. | | | | | Buy (add'l) | 05/23/14 | J | | |
| 128. | | | | | Sold (part) | 05/23/14 | M | | |
| 129. | | | | | Buy (add'l) | 05/27/14 | L | | |
| 130. | | | | | Sold (part) | 05/28/14 | M | | |
| 131. | | | | | Buy (add'l) | 05/31/14 | L | | |
| 132. | | | | | Buy (add'l) | 06/06/14 | L | | |
| 133. | | | | | Buy (add'l) | 06/12/14 | L | | |
| 134. | | | | | Sold (part) | 06/17/14 | L | D | |
| 135. | | | | | Sold (part) | 06/19/14 | M | E | |
| 136. | | | | | Buy (add'l) | 06/20/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/20/14 | L | C | |
| 138. | | | | | Buy (add'l) | 06/23/14 | N | | |
| 139. | | | | | Sold | 06/23/14 | N | B | |
| 140. | | | | | Buy | 06/24/14 | N | | |
| 141. | | | | | Sold (part) | 06/25/14 | K | A | |
| 142. | | | | | Sold (part) | 06/26/14 | M | D | |
| 143. | | | | | Buy (add'l) | 06/27/14 | M | | |
| 144. | | | | | Sold (part) | 06/27/14 | M | A | |
| 145. | | | | | Buy (add'l) | 06/30/14 | O | | |
| 146. | | | | | Sold (part) | 06/30/14 | N | A | |
| 147. | | | | | Buy (add'l) | 07/01/14 | N | | |
| 148. | | | | | Sold (part) | 07/01/14 | N | D | |
| 149. | | | | | Buy (add'l) | 07/07/14 | N | | |
| 150. | | | | | Sold (part) | 07/15/14 | M | | |
| 151. | | | | | Sold (part) | 07/22/14 | L | | |
| 152. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 153. | | | | | Sold (part) | 07/23/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/29/14 | K | | |
| 155. | | | | | Sold (part) | 07/29/14 | L | D | |
| 156. | | | | | Buy (add'l) | 08/15/14 | M | | |
| 157. | | | | | Buy (add'l) | 08/27/14 | M | | |
| 158. | | | | | Sold (part) | 08/27/14 | M | C | |
| 159. | | | | | Buy (add'l) | 09/02/14 | O | | |
| 160. | | | | | Sold (part) | 09/02/14 | O | E | |
| 161. | | | | | Buy (add'l) | 09/03/14 | M | | |
| 162. | | | | | Buy (add'l) | 09/04/14 | N | | |
| 163. | | | | | Sold (part) | 09/04/14 | O | A | |
| 164. | | | | | Buy (add'l) | 09/05/14 | O | | |
| 165. | | | | | Sold (part) | 09/05/14 | M | B | |
| 166. | | | | | Buy (add'l) | 09/08/14 | M | | |
| 167. | | | | | Sold (part) | 09/08/14 | N | E | |
| 168. | | | | | Sold (part) | 09/09/14 | O | | |
| 169. | | | | | Buy (add'l) | 09/18/14 | M | | |
| 170. | | | | | Buy (add'l) | 09/21/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 09/22/14 | N | | |
| 172. | | | | | Buy (add'l) | 09/24/14 | K | | |
| 173. | | | | | Buy (add'l) | 09/26/14 | N | | |
| 174. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 175. | | | | | Buy (add'l) | 10/4/14 | P1 | | |
| 176. | | | | | Buy (add'l) | 10/06/14 | P1 | | |
| 177. | | | | | Buy (add'l) | 10/07/14 | M | | |
| 178. | | | | | Sold (part) | 10/08/14 | M | | |
| 179. | | | | | Buy (add'l) | 10/10/14 | O | | |
| 180. | | | | | Sold (part) | 10/10/14 | M | | |
| 181. | | | | | Buy (add'l) | 10/13/14 | L | | |
| 182. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 183. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 184. | | | | | Buy (add'l) | 10/17/14 | L | | |
| 185. | | | | | Sold (part) | 10/17/14 | O | | |
| 186. | | | | | Buy (add'l) | 10/18/14 | K | | |
| 187. | | | | | Sold (part) | 10/20/14 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/21/14 | K | | |
| 189. | | | | | Sold (part) | 10/22/14 | O | | |
| 190. | | | | | Sold (part) | 10/23/14 | M | | |
| 191. | | | | | Buy (add'l) | 10/24/14 | L | | |
| 192. | | | | | Sold (part) | 10/24/14 | N | | |
| 193. | | | | | Sold (part) | 10/27/14 | M | | |
| 194. | | | | | Buy (add'l) | 10/30/14 | M | | |
| 195. | | | | | Sold (part) | 10/30/14 | M | | |
| 196. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 197. | | | | | Buy (add'l) | 11/01/14 | J | | |
| 198. | | | | | Buy (add'l) | 11/02/14 | J | | |
| 199. | | | | | Buy (add'l) | 11/04/14 | L | | |
| 200. | | | | | Sold (part) | 11/4/14 | M | | |
| 201. | | | | | Buy (add'l) | 11/06/14 | L | | |
| 202. | | | | | Buy (add'l) | 11/07/14 | K | | |
| 203. | | | | | Buy (add'l) | 11/08/14 | L | | |
| 204. | | | | | Buy (add'l) | 11/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 11/13/14 | M | | |
| 206. | | | | | Buy (add'l) | 11/20/14 | L | | |
| 207. | | | | | Buy (add'l) | 11/22/14 | K | | |
| 208. | | | | | Sold (part) | 11/28/14 | L | | |
| 209. | | | | | Sold (part) | 12/08/14 | M | | |
| 210. | | | | | Buy (add'l) | 12/18/14 | M | | |
| 211. | | | | | Sold (part) | 12/18/14 | M | | |
| 212. | | | | | Sold (part) | 12/19/14 | M | | |
| 213. | | | | | Sold | 12/22/14 | M | | |
| 214. Time Inc. Common Stock (spin off from Time Warner Inc.) | A | Dividend | J | T | Spinoff (from line 100) | 06/12/14 | J | | |
| 215. Amazon Common Stock | | None | | | Buy | 01/03/14 | M | | |
| 216. | | | | | Sold | 01/13/14 | M | | |
| 217. | | | | | Buy | 01/14/14 | L | | |
| 218. | | | | | Buy (add'l) | 01/16/14 | M | | |
| 219. | | | | | Sold (part) | 01/16/14 | M | B | |
| 220. | | | | | Buy (add'l) | 01/17/14 | K | | |
| 221. | | | | | Buy (add'l) | 01/20/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 01/23/14 | L | | |
| 223. | | | | | Sold (part) | 01/31/14 | N | | |
| 224. | | | | | Buy (add'l) | 02/03/14 | K | | |
| 225. | | | | | Buy (add'l) | 02/13/14 | M | | |
| 226. | | | | | Sold | 02/25/14 | N | D | |
| 227. | | | | | Buy | 03/14/14 | O | | |
| 228. | | | | | Buy (add'l) | 03/21/14 | L | | |
| 229. | | | | | Sold (part) | 03/26/14 | M | | |
| 230. | | | | | Sold | 03/28/14 | O | | |
| 231. | | | | | Buy | 03/28/14 | N | | |
| 232. | | | | | Buy (add'l) | 04/04/14 | L | | |
| 233. | | | | | Buy (add'l) | 04/07/14 | M | | |
| 234. | | | | | Sold (part) | 04/15/14 | N | | |
| 235. | | | | | Buy (add'l) | 04/17/14 | N | | |
| 236. | | | | | Buy (add'l) | 04/24/14 | N | | |
| 237. | | | | | Buy (add'l) | 04/25/14 | M | | |
| 238. | | | | | Buy (add'l) | 04/28/14 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 04/29/14 | L | | |
| 240. | | | | | Buy (add'l) | 05/01/14 | M | | |
| 241. | | | | | Sold (part) | 05/01/14 | M | | |
| 242. | | | | | Buy (add'l) | 05/02/14 | L | | |
| 243. | | | | | Buy (add'l) | 05/05/14 | K | | |
| 244. | | | | | Buy (add'l) | 05/23/14 | L | | |
| 245. | | | | | Sold (part) | 05/23/14 | M | | |
| 246. | | | | | Buy (add'l) | 05/27/14 | M | | |
| 247. | | | | | Buy (add'l) | 05/29/14 | L | | |
| 248. | | | | | Buy (add'l) | 05/30/14 | L | | |
| 249. | | | | | Buy (add'l) | 06/19/14 | L | | |
| 250. | | | | | Sold (part) | 06/19/14 | N | | |
| 251. | | | | | Buy (add'l) | 06/20/14 | L | | |
| 252. | | | | | Sold (part) | 06/20/14 | M | | |
| 253. | | | | | Buy (add'l) | 6/23/14 | M | | |
| 254. | | | | | Sold (part) | 06/23/14 | N | | |
| 255. | | | | | Buy (add'l) | 06/24/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 06/25/14 | L | | |
| 257. | | | | | Sold (part) | 06/25/14 | M | | |
| 258. | | | | | Buy (add'l) | 06/26/14 | K | | |
| 259. | | | | | Sold (part) | 06/26/14 | M | | |
| 260. | | | | | Buy (add'l) | 06/27/14 | L | | |
| 261. | | | | | Buy (add'l) | 06/30/14 | M | | |
| 262. | | | | | Buy (add'l) | 07/02/14 | L | | |
| 263. | | | | | Buy (add'l) | 07/09/14 | L | | |
| 264. | | | | | Buy (add'l) | 07/10/14 | L | | |
| 265. | | | | | Buy (add'l) | 07/11/14 | K | | |
| 266. | | | | | Buy (add'l) | 07/14/14 | K | | |
| 267. | | | | | Buy (add'l) | 07/21/14 | K | | |
| 268. | | | | | Sold (part) | 07/22/14 | M | | |
| 269. | | | | | Buy (add'l) | 07/24/14 | L | | |
| 270. | | | | | Buy (add'l) | 07/25/14 | L | | |
| 271. | | | | | Sold (part) | 07/25/14 | O | A | |
| 272. | | | | | Buy (add'l) | 07/28/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 08/08/14 | N | | |
| 274. | | | | | Sold (part) | 09/02/14 | M | | |
| 275. | | | | | Sold (part) | 09/03/14 | M | | |
| 276. | | | | | Sold (part) | 09/05/14 | M | | |
| 277. | | | | | Sold (part) | 09/08/14 | M | | |
| 278. | | | | | Sold (part) | 09/22/14 | M | | |
| 279. | | | | | Sold | 10/10/14 | M | | |
| 280. | | | | | Buy | 10/27/14 | M | | |
| 281. | | | | | Sold | 10/27/14 | M | | |
| 282. | | | | | Buy | 12/03/14 | N | | |
| 283. | | | | | Sold | 12/08/14 | N | | |
| 284. | | | | | Buy | 12/15/14 | N | | |
| 285. | | | | | Buy (add'l) | 12/18/14 | N | | |
| 286. | | | | | Sold | 12/18/14 | O | | |
| 287. Yahoo Common Stock | None | N | T | | Buy | 07/15/14 | L | | |
| 288. | | | | | Sold | 07/22/14 | L | | |
| 289. | | | | | Buy | 12/22/14 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Apple Common Stock | None | | | | Buy | 01/16/14 | O | | |
| 291. | | | | | Sold | 01/16/14 | O | B | |
| 292. | | | | | Buy | 12/16/14 | M | | |
| 293. | | | | | Sold (part) | 12/19/14 | L | C | |
| 294. | | | | | Sold | 12/22/14 | L | C | |
| 295. Cisco Common Stock | None | | | | Buy | 01/03/14 | N | | |
| 296. | | | | | Sold (part) | 01/03/14 | M | A | |
| 297. | | | | | Sold | 01/06/14 | M | A | |
| 298. | | | | | Buy | 01/06/14 | M | | |
| 299. | | | | | Sold | 01/07/14 | M | C | |
| 300. | | | | | Buy | 01/09/14 | M | | |
| 301. | | | | | Buy (add'l) | 01/10/14 | M | | |
| 302. | | | | | Sold (part) | 01/10/14 | N | B | |
| 303. | | | | | Sold | 01/13/14 | J | A | |
| 304. | | | | | Buy | 06/23/14 | M | | |
| 305. | | | | | Sold | 06/30/14 | M | A | |
| 306. Blackberry Ltd Common Stock | None | | | | Buy | 06/26/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 06/26/14 | M | A | |
| 308. | | | | | Buy | 06/27/14 | L | | |
| 309. | | | | | Sold | 06/30/14 | L | C | |
| 310. | | | | | Buy | 07/01/14 | M | | |
| 311. | | | | | Sold (part) | 07/01/14 | L | A | |
| 312. | | | | | Sold | 07/07/14 | K | B | |
| 313. | | | | | Buy | 07/15/14 | K | | |
| 314. | | | | | Sold | 08/27/14 | K | | |
| 315. | | | | | Buy | 11/14/14 | M | | |
| 316. | | | | | Sold | 11/19/14 | M | | |
| 317. Netflix Common Stock | | None | | | Buy | 12/18/14 | M | | |
| 318. | | | | | Sold | 12/18/14 | M | B | |
| 319. Tesla Motors Common Stock | | None | | | Buy | 10/07/14 | N | | |
| 320. | | | | | Buy (add'l) | 10/09/14 | N | | |
| 321. | | | | | Sold | 10/09/14 | O | C | |
| 322. Intel Common Stock | | None | | | Buy | 05/21/14 | N | | |
| 323. | | | | | Sold (part) | 05/21/14 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 05/23/14 | M | B | |
| 325. | | | | | Buy | 07/09/14 | O | | |
| 326. | | | | | Buy (add'l) | 07/11/14 | N | | |
| 327. | | | | | Sold (part) | 07/11/14 | O | C | |
| 328. | | | | | Buy (add'l) | 07/14/14 | N | | |
| 329. | | | | | Sold | 07/14/14 | P1 | D | |
| 330. | | | | | Buy | 07/15/14 | O | | |
| 331. | | | | | Sold | 07/15/14 | O | D | |
| 332. | | | | | Buy | 09/05/14 | N | | |
| 333. | | | | | Sold | 09/05/14 | N | B | |
| 334. | | | | | Buy | 10/01/14 | N | | |
| 335. | | | | | Sold | 10/09/14 | N | B | |
| 336. | | | | | Buy | 10/9/14 | N | | |
| 337. | | | | | Sold | 10/10/14 | N | | |
| 338. | | | | | Buy | 12/17/14 | N | | |
| 339. | | | | | Sold | 12/19/14 | N | C | |
| 340. Microsoft Common Stock | None | | N | T | Buy | 12/22/14 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 12/22/14 | K | | |
| 342.  Facebook Common | None | | M | T | Sold (part) | 01/06/14 | N | | |
| 343. | | | | | Buy (add'l) | 01/07/14 | N | | |
| 344. | | | | | Sold (part) | 01/07/14 | N | | |
| 345. | | | | | Buy (add'l) | 01/09/14 | N | | |
| 346. | | | | | Buy (add'l) | 01/14/14 | M | | |
| 347. | | | | | Buy (add'l) | 01/15/14 | N | | |
| 348. | | | | | Buy (add'l) | 01/21/14 | M | | |
| 349. | | | | | Buy (add'l) | 01/22/14 | N | | |
| 350. | | | | | Sold (part) | 01/22/14 | N | | |
| 351. | | | | | Sold (part) | 01/23/14 | J | | |
| 352. | | | | | Sold (part) | 01/24/14 | L | | |
| 353. | | | | | Buy (add'l) | 01/27/14 | O | | |
| 354. | | | | | Sold (part) | 01/29/14 | M | | |
| 355. | | | | | Sold (part) | 01/30/14 | K | B | |
| 356. | | | | | Sold (part) | 01/31/14 | O | E | |
| 357. | | | | | Buy (add'l) | 02/03/14 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 02/03/14 | O | E | |
| 359. | | | | | Buy (add'l) | 02/05/14 | O | | |
| 360. | | | | | Buy (add'l) | 02/06/14 | O | | |
| 361. | | | | | Sold (part) | 02/06/14 | O | C | |
| 362. | | | | | Buy (add'l) | 02/21/14 | O | | |
| 363. | | | | | Sold (part) | 02/21/14 | M | E | |
| 364. | | | | | Buy (add'l) | 02/24/14 | P1 | | |
| 365. | | | | | Sold (part) | 02/24/14 | N | E | |
| 366. | | | | | Buy (add'l) | 02/26/14 | M | | |
| 367. | | | | | Buy (add'l) | 02/28/14 | M | | |
| 368. | | | | | Buy (add'l) | 03/03/14 | M | | |
| 369. | | | | | Sold (part) | 03/04/14 | L | | |
| 370. | | | | | Sold (part) | 03/05/14 | M | C | |
| 371. | | | | | Buy (add'l) | 03/06/14 | M | | |
| 372. | | | | | Sold (part) | 03/06/14 | M | C | |
| 373. | | | | | Buy (add'l) | 03/07/14 | N | | |
| 374. | | | | | Sold (part) | 03/07/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 03/24/14 | K | | |
| 376. | | | | | Sold (part) | 03/28/14 | O | | |
| 377. | | | | | Buy (add'l) | 04/04/14 | N | | |
| 378. | | | | | Buy (add'l) | 04/11/14 | M | | |
| 379. | | | | | Buy (add'l) | 04/15/14 | N | | |
| 380. | | | | | Sold (part) | 04/15/14 | N | | |
| 381. | | | | | Buy (add'l) | 04/21/14 | N | | |
| 382. | | | | | Sold (part) | 04/21/14 | O | | |
| 383. | | | | | Buy (add'l) | 04/25/14 | N | | |
| 384. | | | | | Buy (add'l) | 04/30/14 | M | | |
| 385. | | | | | Sold (part) | 04/30/14 | M | | |
| 386. | | | | | Buy (add'l) | 05/01/14 | M | | |
| 387. | | | | | Sold (part) | 05/01/14 | M | | |
| 388. | | | | | Buy (add'l) | 05/05/14 | M | | |
| 389. | | | | | Sold (part) | 05/05/14 | M | | |
| 390. | | | | | Buy (add'l) | 05/16/14 | N | | |
| 391. | | | | | Sold (part) | 05/16/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 05/19/14 | N | | |
| 393. | | | | | Buy (add'l) | 05/20/14 | N | | |
| 394. | | | | | Sold (part) | 05/20/14 | L | | |
| 395. | | | | | Sold (part) | 05/21/14 | N | | |
| 396. | | | | | Sold (part) | 05/22/14 | M | | |
| 397. | | | | | Buy (add'l) | 05/22/14 | M | | |
| 398. | | | | | Sold (part) | 05/23/14 | L | | |
| 399. | | | | | Buy (add'l) | 06/06/14 | M | | |
| 400. | | | | | Sold (part) | 06/13/14 | L | | |
| 401. | | | | | Buy (add'l) | 06/13/14 | O | | |
| 402. | | | | | Sold (part) | 06/17/14 | O | | |
| 403. | | | | | Sold (part) | 06/19/14 | M | | |
| 404. | | | | | Buy (add'l) | 06/19/14 | N | | |
| 405. | | | | | Sold (part) | 06/20/14 | M | | |
| 406. | | | | | Buy (add'l) | 06/20/14 | M | | |
| 407. | | | | | Sold (part) | 06/23/14 | N | | |
| 408. | | | | | Buy (add'l) | 06/23/14 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 06/24/14 | M | | |
| 410. | | | | | Sold (part) | 06/25/14 | M | | |
| 411. | | | | | Buy (add'l) | 06/26/14 | O | | |
| 412. | | | | | Sold (part) | 06/27/14 | O | | |
| 413. | | | | | Buy (add'l) | 06/30/14 | O | | |
| 414. | | | | | Sold (part) | 06/30/14 | N | | |
| 415. | | | | | Buy (add'l) | 07/01/14 | O | | |
| 416. | | | | | Sold (part) | 07/01/14 | O | | |
| 417. | | | | | Sold (part) | 07/02/14 | N | | |
| 418. | | | | | Buy (add'l) | 07/07/14 | N | | |
| 419. | | | | | Buy (add'l) | 07/08/14 | N | | |
| 420. | | | | | Sold (part) | 07/09/14 | P1 | | |
| 421. | | | | | Buy (add'l) | 07/10/14 | N | | |
| 422. | | | | | Buy (add'l) | 07/14/14 | N | | |
| 423. | | | | | Sold (part) | 07/14/14 | N | | |
| 424. | | | | | Buy (add'l) | 07/15/14 | O | | |
| 425. | | | | | Sold (part) | 07/15/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 07/17/14 | M | | |
| 427. | | | | | Buy (add'l) | 07/18/14 | N | | |
| 428. | | | | | Buy (add'l) | 07/21/14 | M | | |
| 429. | | | | | Buy (add'l) | 07/22/14 | O | | |
| 430. | | | | | Sold (part) | 07/22/14 | P1 | | |
| 431. | | | | | Sold (part) | 07/23/14 | N | | |
| 432. | | | | | Buy (add'l) | 07/24/14 | P1 | | |
| 433. | | | | | Buy (add'l) | 08/15/14 | M | | |
| 434. | | | | | Sold (part) | 08/18/14 | L | | |
| 435. | | | | | Sold (part) | 08/26/14 | P1 | | |
| 436. | | | | | Buy (add'l) | 08/27/14 | O | | |
| 437. | | | | | Sold (part) | 08/28/14 | P1 | | |
| 438. | | | | | Buy (add'l) | 09/02/14 | O | | |
| 439. | | | | | Buy (add'l) | 09/02/14 | O | | |
| 440. | | | | | Buy (add'l) | 09/03/14 | O | | |
| 441. | | | | | Buy (add'l) | 09/04/14 | O | | |
| 442. | | | | | Sold (part) | 09/04/14 | O | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Buy (add'l) | 09/05/14 | N | | |
| 444. | | | | | Sold (part) | 09/05/14 | O | D | |
| 445. | | | | | Buy (add'l) | 09/08/14 | N | | |
| 446. | | | | | Sold (part) | 09/08/14 | M | A | |
| 447. | | | | | Buy (add'l) | 09/09/14 | N | | |
| 448. | | | | | Sold (part) | 09/09/14 | O | B | |
| 449. | | | | | Buy (add'l) | 09/22/14 | N | | |
| 450. | | | | | Sold (part) | 09/22/14 | N | B | |
| 451. | | | | | Buy (add'l) | 10/01/14 | M | | |
| 452. | | | | | Buy (add'l) | 10/07/14 | O | | |
| 453. | | | | | Sold (part) | 10/09/14 | M | | |
| 454. | | | | | Buy (add'l) | 10/09/14 | M | | |
| 455. | | | | | Buy (add'l) | 10/10/14 | O | | |
| 456. | | | | | Sold (part) | 10/10/14 | P1 | | |
| 457. | | | | | Buy (add'l) | 10/14/14 | O | | |
| 458. | | | | | Sold (part) | 10/14/14 | M | | |
| 459. | | | | | Sold (part) | 10/17/14 | N | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 35

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

05/10/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 10/20/14 | O | | |
| 461. | | | | | Sold | 10/20/14 | O | C | |
| 462. | | | | | Buy | 10/30/14 | O | | |
| 463. | | | | | Sold | 10/30/14 | O | C | |
| 464. | | | | | Buy | 11/03/14 | M | | |
| 465. | | | | | Buy (add'l) | 11/04/14 | M | | |
| 466. | | | | | Sold | 11/04/14 | N | D | |
| 467. | | | | | Buy | 11/10/14 | M | | |
| 468. | | | | | Buy (add'l) | 11/19/14 | N | | |
| 469. | | | | | Sold (part) | 11/28/14 | M | C | |
| 470. | | | | | Buy (add'l) | 12/08/14 | N | | |
| 471. | | | | | Sold | 12/08/14 | P1 | E | |
| 472. | | | | | Buy | 12/16/14 | M | | |
| 473. | | | | | Sold (part) | 12/18/14 | L | C | |
| 474. Google Common Stock | None | | | | Buy | 12/17/14 | N | | |
| 475. | | | | | Sold | 12/17/14 | N | B | |
| 476. | | | | | Buy | 12/18/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 35

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

05/10/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 12/18/14 | M | B | |
| 478. | | | | | Sold | 12/19/14 | L | B | |
| 479. Ebay Common Stock | | None | | | Buy | 06/30/14 | M | | |
| 480. | | | | | Sold | 07/01/14 | M | B | |
| 481. Valero Common Stock | A | Dividend | L | T | Buy | 10/29/14 | L | | |
| 482. POA Account # 1 : Chase Accounts | A | Interest | | | Closed | 07/30/14 | N | | |
| 483. POA Accoount #3: Vanguard Wellington Admiral Fund | A | Dividend | | | Redeemed | 04/24/14 | M | | |
| 484. POA Account #4 | | | | | | | | | |
| 485. -Eaton Vance Floating Rate Fund | A | Dividend | | | Sold | 05/13/14 | L | | |
| 486. -Oppenheimer Senior Floating Rate Fund | A | Dividend | | | Sold | 05/13/14 | L | | |
| 487. POA Account #6: | | | | | | | | | |
| 488. -Morgan Stanley Private Bank | A | Interest | | | Closed | 05/01/14 | J | | |
| 489. -CitiBank Deposit Program | A | Interest | | | Closed | 05/01/14 | M | | |
| 490. -Intel | A | Dividend | | | Sold | 05/01/14 | J | | |
| 491. -Gabelli Equity Tr. PFD | A | Dividend | | | Sold | 05/01/14 | J | | |
| 492. -DWS High Income Fund | A | Dividend | | | Sold | 05/01/14 | J | | |
| 493. -DWS Gov't Securities Fund | A | Dividend | | | Sold | 05/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 35

**Name of Person Reporting**

Buchwald, Naomi R.

**Date of Report**

05/10/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. POA Account #7: | | | | | | | | | |
| 495. -Morgan Stanley Private Bank | A | Interest | | | Closed | 05/05/14 | J | | |
| 496. -Columbia Acorn Select Fund | | | | | Sold | 05/05/14 | J | A | |
| 497. -Columbia Select Smaller Cap Fund | | | | | Sold | 05/05/14 | J | A | |
| 498. -DWS Strategic Value Fund | A | Dividend | | | Sold | 05/05/14 | J | A | |
| 499. -Fidelity Advisor Diversified International Fund | | | | | Sold | 05/05/14 | L | A | |
| 500. -JP Morgan Mid Cap Value Fund | | | | | Sold | 05/05/14 | J | A | |
| 501. -Growth Fund of America | | | | | Sold | 05/05/14 | J | A | |
| 502. -Invesco Van Kampen Senior. Loan Fund | B | Dividend | | | Sold | 05/05/14 | J | | |
| 503. -Touchtone Mid Cap Growth Fund | | | | | Sold | 05/05/14 | J | A | |
| 504. -Escrow Leiner Health Products exchanged for Lehman | | | | | Sold | 05/05/14 | J | | |
| 505. -Express Scripts Holding Co. Common Stock (X) | | | | | Sold | 05/05/14 | J | | |
| 506. Estate Account-Chase | A | Interest | L | T | Open | 04/28/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During the past year, the ▮▮▮▮ for whom I had a power of attorney passed away. Pursuant to ▮ will, I was appointed the Executor of ▮ estate. As the executor I liquidated all ▮ accounts, transferred the proceeds to an estate account and distributed almost all the proceeds pursuant to ▮ will (which was probated). As of the end of the year 2014 some funds remained in the Estate account to cover taxes and other miscellaneous costs of the estate such as a monument cost.

# FINANCIAL DISCLOSURE REPORT

Page 35 of 35

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

05/10/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Naomi R. Buchwald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544